EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2003

at 3 o'clock and 55 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR03-00211 SOM |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| CHRISTEN D. WERNER, ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

# I N D I C T M E N T

## COUNT 1
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about February 4, 2003, in the District of Hawaii, defendant CHRISTEN D. WERNER, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

SEALED BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE: JUL 2 1 2004

did knowingly possess in and affecting commerce a firearm, to wit: .22 caliber rifle bearing Serial Number 2128919.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about February 4, 2003, in the District of Hawaii, defendant CHRISTEN D. WERNER, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

//
//
//
//
//
//
//
//
//
//
//
//
//

did knowingly possess in and affecting commerce forty-seven (47) rounds of ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: MAY 1 2003, 2003 at Honolulu, Hawaii.
A TRUE BILL

/s/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. CHRISTEN D. WERNER
Cr. No.
"INDICTMENT"