AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00211-001  SOM | Judgment - Page 3 of 7 |
| DEFENDANT: | CHRISTEN D. WERNER | |

CC'd Financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of THIRTY FIVE (35) MONTHS .

This term consists of THIRTY FIVE (35) MONTHS as to each of Counts 1 and 2, with both terms to be served concurrently with each other, and concurrently with the state sentences imposed in case numbers 1PC 03-1-0318 and 1PC 99-0-0980 from today.

[✓]  The court makes the following recommendations to the Bureau of Prisons:
1) State Facility; 2) Drug Treatment; 3) Vocational Training.

[✓]  The defendant is remanded to the custody of the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2007

at 10 o'clock and 30 min. a M.
SUE BEITIA, CLERK

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  -1 AUG 2007  to  FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____ , with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By  J. Lunii
Deputy U.S. Marshal
Legal Tech